UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JUAN CARLOS ESPINAL, a/k/a "Gordo";<br>(2) WANER RAYMUNDO BAEZ, a/k/a "Pajaro";<br>(3) RAFAEL ARMANDO BAEZ-MOREL, a/k/a "Jeudy";<br>(4) FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico";<br>(5) DINELSON HERNANDEZ-RODRIGUEZ;<br>(6) JAVIER LUGO, a/k/a "Nephew";<br>(7) BIENVENIDO ADOLFO PENA TEJEDA;<br>(8) MANUEL ERNESTO ROSARIO HERRERA;<br>(9) HAMLET GERMAN FELIZ; and<br>(10) JUNIOR SOTO TEJADA,<br><br>Defendants | Criminal No.  21cr10298<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 40 Grams or More of Fentanyl and Other Controlled Substances<br>(21 U.S.C. § 846)<br><br>Counts Two through Five: Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
40 Grams or More of Fentanyl and Other Controlled Substances
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about October 2019 through in or about November 2020, in Boston and Taunton, in the District of Massachusetts, and elsewhere, the defendants,

(1) JUAN CARLOS ESPINAL, a/k/a "Gordo";
(2) WANER RAYMUNDO BAEZ, a/k/a "Pajaro";
(3) RAFAEL ARMANDO BAEZ-MOREL, a/k/a "Jeudy";
(4) FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico";

1

(5)  DINELSON HERNANDEZ-RODRIGUEZ;
(6)  JAVIER LUGO, a/k/a "Nephew";
(7)  BIENVENIDO ADOLFO PENA TEJEDA;
(8)  MANUEL ERNESTO ROSARIO-HERRERA;
(9)  HAMLET GERMAN FELIZ; and
(10) JUNIOR SOTO TEJADA,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, including a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (3) RAFAEL ARMANDO BAEZ-MOREL, a/k/a "Jeudy"; (4) FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico"; (7) BIENVENIDO ADOLFO PENA TEJEDA; (8) MANUEL ERNESTO ROSARIO-HERRERA; (9) HAMLET GERMAN FELIZ; and (10) JUNIOR SOTO TEJADA. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to defendants (3) RAFAEL ARMANDO BAEZ-MOREL, a/k/a "Jeudy"; (4) FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico"; (7) BIENVENIDO

ADOLFO PENA TEJEDA; (8) MANUEL ERNESTO ROSARIO-HERRERA; (9) HAMLET GERMAN FELIZ; and (10) JUNIOR SOTO TEJADA.

Before the defendant, (3) RAFAEL ARMANDO BAEZ-MOREL, a/k/a "Jeudy", committed the offense charged in this count, the defendant was convicted of violating Mass. Gen. Laws Chapter 94C, § 34 (*see Commonwealth v. Rafael Armando Baez-Morel*, West Roxbury District Court Docket Number 1606CR000610), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before the defendant, (8) MANUEL ERNESTO ROSARIO-HERRERA, committed the offense charged in this count, the defendant was convicted of violating Title 21, U.S.C. § 841(a)(1) and (b)(1)(B)(i) (*see United States v. Manuel Rosario Herrera*, Docket Number 17-CR-10112-ADB), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about October 22, 2019, in Taunton, in the District of Massachusetts, and elsewhere, the defendants,

(5) FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico"; and
(9) BIENVENIDO ADOLFO PENA TEJEDA,

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

COUNT THREE
Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about January 14, 2020, in Taunton, in the District of Massachusetts, and elsewhere, the defendants,

    (5)    FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico"; and
    (10)   MANUEL ERNESTO ROSARIO-HERRERA,

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

Before the defendant, (8) MANUEL ERNESTO ROSARIO-HERRERA, committed the offense charged in this count, the defendant was convicted of violating Title 21, U.S.C. § 841(a)(1) and (b)(1)(B)(i) (*see United States v. Manuel Rosario Herrera*, Docket Number 17-CR-10112-ADB), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT FOUR
Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about June 9, 2020, in Taunton, in the District of Massachusetts, and elsewhere, the defendants,

   (5) FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico"; and
   (11) HAMLET GERMAN FELIZ,

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT FIVE
Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about September 4, 2020, in Taunton, in the District of Massachusetts, and elsewhere, the defendants,

    (4)    RAFAEL ARMANDO BAEZ-MOREL, a/k/a "Jeudy";
    (5)    FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico"; and
   (12)   JUNIOR SOTO TEJADA,

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846, set forth in Counts One through Five, the defendants,

   (1) JUAN CARLOS ESPINAL, a/k/a "Gordo";
   (2) WANER RAYMUNDO BAEZ, a/k/a "Pajaro";
   (3) RAFAEL ARMANDO BAEZ-MOREL, a/k/a "Jeudy";
   (4) FIDEL ANTONIO LLAVERIA DE LEON, a/k/a "Frederico";
   (5) DINELSON HERNANDEZ-RODRIGUEZ;
   (6) JAVIER LUGO, a/k/a "Nephew";
   (7) BIENVENIDO ADOLFO PENA TEJEDA;
   (8) MANUEL ERNESTO ROSARIO-HERRERA;
   (9) HAMLET GERMAN FELIZ; and
   (10) JUNIOR SOTO TEJADA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following assets:

   a. A Money Judgment in the Amount of $1 million, to be entered in the form of a forfeiture money judgment; and

   b. $240,240 in United States Currency seized on August 11, 2020.

(2) If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

THEODORE B. HEINRICH
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October 6, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK   at 1:40 PM